| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| | ORIGINAL<br>FILED<br>JUL 2 6 2006<br>CLERK, U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ Deputy Clerk |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
| In re: NORTHLAND RENTAL, INC.<br><br>Debtor. | CASE NUMBER   RS 96-28458-DN<br><br>HEARING DATE:<br>TIME:<br>PLACE: |

## MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $ 2,416.29 which is the sum of all monies deposited with the court on the following date(s) 01/25/2006 on behalf of the creditor AT&T on claim number(s) 117

2. Please check and complete the applicable subparagraph(s) below:

   ☐ a. I am the creditor named in paragraph 1.

   ☐ b. I am an employee of the creditor named in paragraph 1 and my title is _____.
   The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

   ☒ c. I am the creditor and have appointed  J. Armstrong Duffield
   as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

   ☐ d. Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).

   _____
   _____
   _____
   _____

(Continued on next page)

---

Revised May 2004   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   F 3011-1

| In re NORTHLAND RENTAL, INC. | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER   RS 96-28458-DN |

3. Please complete each of the following subparagraphs:

   a. The following is the creditor's address and phone number:
      AT&T, Erin Hill, Bankruptcy Mgr.

      1355 West University Drive

      Mesa, AZ 85201

      480/649-4974

   b. A brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s). Submit evidence establishing the sale of the company from the prior to the new owner(s):

      The Trustee's report reflected an invalid addresses of 1 Oak Way, Room 4WC202

      Berkeley Heights, NJ

      This addresses is now invalid. The current/correct address for AT&T Bankruptcy office

      is as listed in para 3 A above.

4. I understand that, pursuant to 18 U.S.C. § 152, I may be fined or imprisoned, or both, if I have knowingly and fraudulently made any false statements in this document.

| In re NORTHLAND RENTAL, INC. | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER RS 96-28458-DN |

(X) _____
Creditor

(Corporate Seal
(NOT AVAILABLE)
if applicable)

AT&T (Erin Hill)
*Type or Print Creditor's Name*

1355 West University Drive
Creditor's Address

Mesa, AZ 85201

STATE OF Arizona, COUNTY OF Maricopa

On June 6 2006 _____ before me, personally appeared *(insert name and title of the signer)* Erin Hill Associate Manager

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

(X) Pamela L. Jacob
Notary Public

PAMELA L. JACOB
Notary Public - Arizona
MARICOPA COUNTY
My Comm. Exp. 10-9-07

My commission expires on 10-9-07

| In re **NORTHLAND RENTAL, INC.** | CHAPTER **7** |
|---|---|
| Debtor. | CASE NUMBER **RS 96-28458-DN** |

*Signature of Attorney/Attorney-in-Fact (if appointed)*

**J. Armstrong Duffield**
Type or Print Name

**3855 South Boulevard Street, Suite 200**
Address

**Edmond, Oklahoma 73013**

STATE OF OKLAHOMA, COUNTY OF OKLAHOMA

On _July 18, 2006_ before me, personally appeared *(insert name and title of the signer)* _J. Armstrong Duffield, Agent_

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

Notary Public

(SEAL)

My commission expires on APRIL 27, 2007

Presented by:

| In re NORTHLAND RENTAL, INC. | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER RS 96-28458-DN |

## PROOF OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on __7-18-06__, I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the document described as "Motion for Order Releasing Unclaimed Funds" to the United States Attorney, United States Trustee, and other persons and entities required to be served by Local Bankruptcy Rule 3011-1(b) and addressed as follows:

**United States Attorney CACB**
312 North Spring Drive
Los Angeles, CA 90012

**United States Trustee CACB**
725 South Fugueroa, 26th Floor
Los Angeles, CA 90017

Please insert the name and address of the trustee appointed in the case and the trustee's counsel, if any:

**Sandra Bendon**
15411 Redhill Ave, Ste A
Tustin, CA 92780

Please insert the name and address of the Debtor, Debtor in Possession, reorganized Debtor, or other fiduciary appointed to supervise the distribution of funds and assets of the estate (if not the claimant) and their counsel, if any:

**NORTHLAND RENTAL, INC.**
13644 Central Ave
Chino CA 91710

**Marshack & Shulman LLP**
8001 Irvine Center Dr

If Movant is not the original creditor or an employee thereof, please insert the name and address of the original creditor and the creditor's counsel, if any:

**AT&T is the original Creditor.....**

Date: 7-18-06

Signature: /J. Armstrong Duffield/

Type or Print Name: J. Armstrong Duffield

# LIMITED POWER OF ATTORNEY

AT&T, ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in its place for the purposes and duration set forth below.

Principal appoints J. Armstrong Duffield of American Property Locators, Inc., 3855 S. Boulevard, Suite 200, Edmond, OK 73013-5473 to be its attorney-in-fact to act for it in its name and place, and in any capacity that Principal might act,

**Only to recover unclaimed funds from Northland Rental Inc bankruptcy matter that belong to the Principal** and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 6th day of June, 2006

PRINCIPAL:
AT&T FEI# 13-4924710

By: _____

Title: Associate Manager

PRINCIPAL'S ADDRESS:
1355 West University Drive
Mesa, AZ 85201

corporate seal
(SEAL NOT AVAILABLE)

## ACKNOWLEDGMENT

STATE OF Arizona )
COUNTY OF Maricopa )

Before me, the undersigned a Notary Public, in and for said County and State on this 6th day of June, 2006, personally appeared Erin Hill to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its Associate Manager and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
10-9-07

Notary _____


PAMELA L. JACOB
Notary Public - Arizona
MARICOPA COUNTY
My Comm. Exp. 10-9-07

# POST Directory Query Result

      

* POST Quick Tips

er Name: [ Submit ] [ Clear ]    News Flash   POST changes (attuid, cogs code & new extracts)

```
me:             Hill, Erin E   (Erin)    Business Card    Vcard    Reach Into
l:              +1 480 649-4974           Internet Email (@): ehill@ems.att.com
x:              +1 480 649-4994
ll:                                       Handle: ehill
dr:             MESAAZLL
                1355 W UNIVERSITY DR
                MESA, AZ  85201-5419   UNITED STATES
man Resrc ID:   2167823           Change YOUR Reach Info   Change YOUR Picture Status   Change YOUR VoicePost Status
tuid: eh4985    JFC: 67109000   Silo Status: Yes/ATT   Cost Center: AT8WBMD00
b Title:        ASSOC. MANAGER (MS9243)
                CUST/CARE MGT
                                          Org-List    Org-Chart    Corp. Ladder
ganization:     2FA650000
siness Group:   MW (Miller WL Ops)
s. Subgroup:    WWCS (ABS Worldwide Customer Service)
siness Unit:    WWCS (ABS Worldwide Customer Service)
```

EXPIRES May 25 2011

AT&T CORP.

ERIN HILL

AFFILIATE  at&t

ur query matched 1 entry.
y to special symbols: % = contractor, # = leave-of-absence, > = future employee, + = future contractor.

 Send mail to the 1 person found by your query.   How to configure your browser for mail.



[ Queries | Services | People | People Long Form | Organization | Location | General ]
[ POST Help | Sitemap | Write Us | POST Home ]

AT&T - Proprietary
Use Pursuant to Company Instructions

ns and Conditions
yright © 1999 AT&T. All rights reserved.

SANDRA L. BENDON
15411 Red Hill Ave., Suite A
Tustin, CA 92780
Telephone: (714) 258-7998
Telecopier: (714) 258-7996

TRUSTEE

FILED
JAN 25 2006
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In re:

NORTHLAND RENTAL INC.

                            DEBTOR(S)

Case No. SB96-28458 DN

Chapter 7

NOTICE OF UNCLAIMED
DIVIDEND
(FRBP 3011)

TO: CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please find annexed hereto **Check No. 1039** in the amount of **$7,561.10** representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es), and amount (s) to be paid to each person entitled to said unclaimed dividend is attached.

DATED: 1/24/06

_____
SANDRA L. BENDON
Chapter 7 Trustee

## CLAIMS LIST FOR UNCLAIMED DIVIDENDS

| | |
|---|---|
| Kurt L. Neilan, CPA<br>c/o Shulman, Hodges & Bastian<br>26632 Towne Center Drive, Suite 300<br>Foothill Ranch, CA 92610 | $2,514.69 |
| Jean B. Aguerre<br>13523 Beecraft St.<br>Chino, CA 91710 | $ 210.12 |
| Phillipe J. Aguerre<br>13546 Sycamore Lane<br>Chino, CA 91710 | $1,309.39 |
| Cari Koval<br>40 Country Mile Road<br>Pomona, CA 91766 | $ 554.20 |
| Augustina Shippy-Young<br>16096 Pinnacle Road<br>Chino Hills, CA 91709 | $ 556.41 |
| AT&T<br>One Oak Way, Room 4WC202<br>Berkeley Heights, NJ 07922 | $2,416.29 |
| **TOTAL** | **$7,561.10** |